# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIVERA ANAYA,<br><br>                          Plaintiff,<br><br>  v.<br><br>B. MUNOZ; DUSTIN R. WILLS; SMOUSE; GENO; K. KELLER,<br><br>                         Defendants. | Case No. 20-cv-1092-BAS-BGS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REOPEN THE CASE (ECF No. 25)** |

      Presently before the Court is Plaintiff Daniel Rivera Anaya's motion to reopen this case. (ECF No. 25.) On February 2, 2021, the Court dismissed this case because of Plaintiff's failure to prosecute the case. (ECF No. 17.) Specifically, the Court found Plaintiff had failed to respond to an Order to Show Cause for failure to prosecute as Plaintiff had failed to serve Defendants in this action. (*Id.*) Plaintiff had an obligation to prosecute his case once he initiated it, and he had an obligation to keep the Court apprised of his address while his case was pending.

      Plaintiff makes his current motion under Federal Rule of Civil Procedure ("Rule") 60(b)(6), which provides for relief from a judgment for "any other reason that justifies relief." Plaintiff makes this motion three years after this Court issued its order dismissing his case. "A motion under Rule 60(b) must be made within a reasonable time." Rule 60(c). Plaintiff does not state with any specificity his reasons for his delay in bringing such motion

beyond that he has been in Mexico. (ECF No. 25 at 5.) In today's internet age, presence in Mexico does not excuse Plaintiff's failure to participate in his own case. The Court finds this reason insufficient to justify Plaintiff's delay in bringing this motion and finds the motion is untimely. Accordingly, the Court **DENIES** Plaintiff's motion to reopen the case. (ECF No. 25.)

    IT IS SO ORDERED.

**DATED: February 12, 2024**

Hon. Cynthia Bashant
United States District Judge